NOW COMES DEFENDANT "CMB" ASKING COURT TO (SEAL) ANY AND ALL (BOOK ENTRIES) OR (MATERIAL) SENT TO "FBI" "ATF-E" OF KNOXVILLE TN BY MAIL FRM ME OR FRM ANY INMATE OR CITIZEN FRM WASHINGTON DC, MINN, TN AND FLA. "ISIS" MEMBER, DRUG DEALING AUTOMATIC AR-15 USING MURDEROUS AFRICAN MUSLIM (PAPA DIOP) HAS NOT GIVEN THE FBI (TO MY KNOWLEDGE) ALL THE SCRIPTS I WROTE ABOUT ARENA MEETINGS AND FINDING THE PERFECT "MARTYR" TO KILL JEWS FOR MY BOOK. THE "ISIS" IDEA WAS HIS. HOWEVER HE DID NOT PAY ME THE $500 THAT WE HAD AGREED

(2)

HE WOULD PAY ME. HE DID PAY ME 2 HONEY BUNS WHICH TOTAL $2. SO HE ACTUALLY OWES ME $498 FOR THE 5K-1 HE IS SURELY TO GET. I DID GUARANTEE TO DIOP, GAMBLE, 13 INMATES, AND MANY OTHERS THAT BY THE FIRST INTERVIEW BY FBI I WOULD BE A CONFIRMED (ISIS MEMBER). I MUST BE CONFIRMED BY TRIAL. MY PARTNERS IN "HOLLYWOOD" WILL THEN PAY A PERCENTAGE OF THE AGREED 10 MILLION. WHICH 30% GOES TO MOLLY. PAULA - CHARLES AND BEN WILL SPLIT 30%. I WILL KEEP 30% AND 10% WILL GO TOWARDS FIGHTING THIS AIR BORN DISEASE CALLED (SCHIZOPHRENIA) THE MASKS DO NOT WORK. I CANT BELIEVE THE GOVER →

IS CALLING THIS A COVER 19 VIRUS.

3) JUST LIKE MY POST CARD I SENT TO JUDGE JORDAN IN 2016 ABOUT (ZIKA) I WILL SOLVE THIS (SCHIZOPHRENIA) CRISIS ALSO. (SCHIZOPHRENIA) IS HIGHLY CONTAGIOUS. AN AIR BORN DISEASE THAT IS ABSOLUTELY VICIOUS. SA PAUL HUGHES (BLESS HIS HEART) IS SUFFERING TERRIBLY. ASIDE FROM HIS INCREDIBLE DELUSIONS AND BIZARRE BEHAVIOR (HE COULDNT EVEN GET THE HAND CUFFS ON OR OFF SMOOTHLY) He may come too. I PRAY FOR HIM.

I PRAY COURT WILL COMPELL AND ORDER ALL MATERIAL FROM SAID PERSONS SEALED UNTIL TRIAL. PROTECT MY BOOK SIR PLEASE. AND WHEN SPEAKING WITH FBI PAUL HUGHES STAND BACK ATLEAST 20 FEET. GOD BLESS YOU

JUNE 1ST 2020

Court Clerk Jason?

Will you please grade this crossword?

Not to bad right??

About 30 min. Is that good??

Be honest.

Chad M Berry

*BAD MUTHA FUCKER!*  *MAYBE 20 MEN!!*

**ACROSS**
1. Hugging limbs
5. Health-promoting retreat
8. Marcel Marceau, for one
12. Circular shape
13. Reporter's query
14. Desertlike
15. Roof edge
16. Desire
18. Crawl slowly
20. Take a stab at
21. Pig's pad
22. See 33-Across
25. Gardner of "The Barefoot Contessa"
28. "Don't — I didn't warn you!"
29. Look at boldly
33. With 22-Across, right angle measure
35. French pastry
37. Refuse to accept
38. Serving of corn
39. "Busy" bug
40. Stretchy
44. Emulate De Niro
47. Curving path
48. Foundation
52. Night light?
55. Puerto —, San Juan's island
56. Enthusiastic about
57. Gorilla, for example
58. Bread topper
59. Homeowner's document
60. Adjust (a clock)
61. "He who hesitates is —"

**DOWN**
1. Baldwin of Hollywood
2. Lion's bellow
3. Relocate
4. Velocity
5. Hardly outgoing
6. Dickinson's genre
7. Informed (of)
8. Chess piece
9. Flashy flower
10. Breath freshener
11. Nervous and tense
17. Cereal grain
19. Annoying insect
23. Cheery
24. Tone following fa
25. &
26. Contend (for)
27. Columnist Landers
30. Chew the fat
31. Prevarication
32. Before, in verse
34. Organ of sight
35. Enjoy a meal
36. Nursery bed
38. Flee, as from jail
41. Science room
42. Regions
43. Christmas song
44. Mingled with
45. Fir dropping
46. Canvas carryall
49. Fodder container
50. Frosts (a cake)
51. Chimney dust
53. Head bob
54. Got together

68

Solution is on page 126



Case 3:20-cr-00115-TRM-HBG   Document 13   Filed 06/24/20   Page 5 of 7   PageID #: 60



MAYBE 15 MIN...

**69**

**ACROSS**

1. Prone (to)
4. Threatening word
8. Clip neatly
12. Lyrical Gershwin
13. Dirty look?
14. Electric cord
15. More in need of a friend
17. Ladd of "Shane"
18. Vegas preceder
19. Demon
20. Flower stalk
23. "Blood is thicker — water"
25. Brown (bread)
27. Snakelike fish
28. Ump cousin
31. "For what — worth..."
32. List entries
34. "— been thinking..."
35. Cowboy Rogers
36. Butterfly snare
37. Go inside
39. The Beehive State
40. Merit, as pay
41. Tribal groups
44. Crow's call
46. Talk wildly
47. Ten times ten times ten
52. Opposing
53. Lunch hour, for many
54. Polite address for a man
55. Military installation
56. Exam
57. 007, for one

**DOWN**

1. Be sickly
2. Seasoned performer
3. Beach souvenir?
4. Grammy winner Fitzgerald
5. Hawaiian necklaces
6. Visualize
7. Go astray
8. Sawyer's creator
9. Anger
10. Tehran's country
11. Repair (socks)
16. Backyard trees
19. Not true
20. Mix with a spoon
21. Dorothy's dog
22. "No sweat!"
23. Dentists' concern
24. Edge of a skirt
26. Dyes (hair)
28. Actress Hayworth
29. Anon's mate
30. Shade-loving forest plant
33. Throat-soothing drink
38. It's in the papers
39. Release from ropes
41. Sea crustacean
42. Beautiful Turner
43. Picnic pests
44. Baby sounds
45. Dad's sis
47. An explosive: abbr.
48. Gardening utensil
49. Dolt; fool
50. Dinky bite
51. Far from wet

Solution is on page 126

Filled-in grid:
- 1A: APT
- 4A: ELSE
- 8A: TRIM
- 12A: IRA
- 13A: LEER
- 14A: WIRE
- 15A: LONELIER
- 17A: ALAN
- 18A: LAS
- 19A: FIEND
- 20A: STEM
- 23A: THAN
- 25A: TOAST
- 27A: EEL
- 28A: REF
- 31A: ITS
- 32A: ITEMS
- 34A: IVE
- 35A: ROY
- 36A: NET
- 37A: ENTER
- 39A: UTAH
- 40A: EARN
- 41A: CLANS
- 44A: CAW
- 46A: RANT
- 47A: THOUSAND
- 52A: ANTI
- 53A: NOON
- 54A: SIR
- 55A: BASE
- 56A: TEST
- 57A: SPY

LOL
NTTROGLYCERIN

Case 3:20-cr-00115-TRM-HBG   Document 13   Filed 06/24/20   Page 6 of 7   PageID #: 61

CHARLES BEATTY # 45481-074
5001 MALONEYVILLE RD
KNOXVILLE TN, 37918

JUN 18 2020

Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

H. BRUCE GUYTON CLERK
MAGISTRATE JUDGE
800 MARKET ST KNOXVILLE TN
37902

Sender is an inmate of
Correctional Facility
3790282303 C002