FILED

JUL 10 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES OF AMERICA
V
LAKEESHA "SUPERHEAD" JACKSON

JULY 8 2020
3:20-MJ-2136

Now comes Defendant "SUPERHEAD" filing PRO SE motion asking court to order Marshal Service of ED TN to take me to get my nails done and hair did. As the public very well knows that the Marshal Service surely is doing NOTHING ELSE. I would very much like to have my nails done and I would like a hair weave. Ms. Kolman has not even taken the time to answer any of my letters. So I guess she will not allow me to borrow her dress. By the way sir that really hurts my feelings. However, I must stay strong and be confident in my body and I may not be as pretty as Ms Kolman but rest assured at "gun point" I can get busy. Mr 370Z made me feel good and "worthy" when he said I suck dick like a black woman. We can go somewhere on the east side. I also want to try on a (one piece net body suit) to wear for trial. I am so excited! Please sir, I can not pay for nails hair & body suit unless we stop by the nearest bank, NOT (First Tennessee) their APR is way to high. Unless SA Hughes pays me $250 for the alphabet I have no money. However sir, I will share my THC-vape with the marshals. The best place to get a vape is in "Boca". Please let SA Hughes know. "He" is must likely at the nearest (all you can eat) here in town. Then again, he maybe riding around in a black 370Z NISMO.

Thank you

LAKEESHA "SUPERHEAD" JACKSON
"FORMALLY CHARLES MICHAEL ..."

P.S. I'm excited about these doctors coming to do the 42.1. Can't wait!

ATTACHMENT

WE ARE INVISIBLE

CHARLES BEATY #548114
5001 MAYNARDVILLE PO
KNOXVILLE TN 37918

(AL-MAIDAH)
5.33-34

LEGAL MAIL

KNOXVILLE TN 377

US ATTORNEYS OFFICE
800 MARKET ST SUITE
KNOXVILLE TN, 37902

RECEIVED
APR 15 2020
U.S. ATTORNEYS OFFICE
EASTERN DISTRICT OF TENNESSEE