UNITED STATES OF AMERICA　　　JULY 11 2020
　　　　　V　　　　　　　　　　CASE NO 3:20-MJ-213
LAKEESHA "SUPERHEAD" JACKSON
　　　　formally
CHARLES MICHAEL BEATTY

Now comes defendant "SUPERHEAD" seeking judicial relief by pro se writ of mandamus ordering "DOJ" "FBI" "ATF-E" "CIA" "NSA" "TBI" [Homeland Security] and any other federal or state agencies under USC 552 (A)(6)(C) Privacy Act under "FOIA" requiring said agencies to release records or information pertaining to an individual requestor "me" (Charles Michael Beatty) praying court will order full disclosure and release of all files records data etc [2019 to present] retrievable by personal identifier or some identifying (number)(symbol) [etc] or other identifying particular assigned to (target) "me". Under Privacy Act a system of records is a group of any records under control of any agency from which info is retrieved by name or other or any identifing system as noted above. Molly Kincaid former atturney has copy of my FOIA request. I have appealed my FOIA request to no avail. DOJ and other agencies are infamously known to (play with words) and has an unwritten policy and practice contrary to FOIA. Any and all info is relevant for my defense in the instant offense and many more surely to come. In other words, said agencies not compliant to FOIA, or held to, the highest standard of our constitution, and understanding of our constitution, are nothing more than a (criminal syndicate) themselves. "Somebody" has

CHARLES M BEATTY #454814
5001 MALONEYVILLE RD
KNOXVILLE TN, 37918



RECEIVED
JUL 20 2020
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

Sender is an inmate of Correctional Facility

CLERK, U.S. DISTRICT COURT
H. BRUCE GUYTON U.S. MAGISTRATE JUDGE
800 MARKET ST SUITE 130
KNOXVILLE TN, 37902

(LEGAL MAIL)