UNITED STATES OF AMERICA
FORMALLY
CHARLES Michael BEATTY
     NOW
LAKEESHA "SUPERHEAD" JACKSON

July 11 2020
CASE NO 3:20-MJ-21?

Now comes Defendant Superhead filing pro se motion asking this Honor to order SA Paul Hughes of the FBI ED TN to bring me a (THC VAPE) and one gallon of chocolate milk, preferably (Nesquick). Also your Honor sir, please order US Marshals ED TN to take me to get my nails done, hair weave, and give me an opportunity to at least try on a one piece fitted fish net Body suit to wear to court for trial. One more item sir, a box of "Matzo", me being Jewish and over weight, I will make a box of "Matzo" last a month. I will admit I am 15 pounds over weight "but thick" and I want to get down to at least a size 4 before trial. Hopefully while wearing my body suit hair done and nails done I will be able to seduce an FBI agent or ATF agent into disclosing info about the whereabouts of the white male who drives a black Nissan 370Z Nismo who identified himself as a Federal Agent. Said white male held a gun to my head in said vehicle and forced me to suck his dick while watching Fox News on his cell phone. The cell phone was held in a vent with a holder. I was picked up on Kingston Pike and dropped off on Merchants Dr at a gas station. Also sir, for trial, I will be wearing red bottoms (pumps) booty shorts and a tank top when cooking for the jury. Please order FBI to buy me a (6 quart pressure cooker) from Wal-Mart. The FBI has over (100 pics of me) looking at pressure cookers at Wal-Mart and West Town Mall in 2019. I will prepare all food for jury. I can make an explosive meal in a pressure cooker. Thank you sir for protecting me under the U.S. Constitution.



CHARLES M BEATTY #454814
5001 MALONEYVILLE RD
KNOXVILLE TN, 37918

(LEGAL MAIL)



RECEIVED
JUL 20 2020
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

CLERK, U.S. DISTRICT COURT
H. BRUCE GUYTON U.S. MAGISTRATE JUDGE
800 MARKET ST SUITE 130
KNOXVILLE TN, 37902

Case 3:20-cr-00115-TRM-HBG   Document 21   Filed 07/20/20   Page 2 of 2   PageID #: 94