

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**
*Metropolitan Correctional Center*

150 Park Row
New York, New York 10007

September 16, 2020

Honorable H. Bruce Guyton
Chief United States Magistrate Judge
United States District Court
Eastern District of Tennessee at Knoxville
800 Market Street, Suite 142
Knoxville, Tennessee 37902

Re: **CHARLES MICHAEL BEATTY**
**REGISTER NUMBER: 24521-050**
**CRIMINAL NUMBER: 3:20-mj-2136-HBG**

Dear Chief Judge H. Bruce Guyton:

We are in receipt of your Court Order pursuant to Title 18, United States Code, Sections 4241(b), dated July 7, 2020, in the case of Mr. Charles Michael Beatty.

Mr. Beatty was designated at the Metropolitan Correctional Center (MCC), New York, on August 31, 2020. Consistent with the admission procedures for all newly-designated detainees, he was placed on quarantine/isolation status due to the COVID-19-pandemic in order to screen for any potential symptoms of the coronavirus. Mr. Beatty was cleared from quarantine/isolation status on September 11, 2020, such that the forensic evaluation commenced on September 14, 2020, the next business date following his removal from isolation/quarantine status. In order to provide the Court with a comprehensive and thorough report, we generally ask for 30 days from the date of arrival; however, given the nationwide lockdown procedures amidst the current pandemic, we respectfully request an additional 15 days as permitted by the statute. Thus, the evaluation would conclude on October 28, 2020. The report will be prepared and provided to the Court within two weeks after the conclusion of the evaluation, by November 11, 2020.

If the Court requires an expedited evaluation, we will make every effort to accommodate. Thank you for your consideration in this matter.

Sincerely,

M. Licon-Vitale
Warden

MLV/KS/ks

*Request GRANTED*
*Bruce Guyton, U.S.M.J.*
*9/25/2020*

Kari Schlessinger, Psy.D, Ph.D.
Psychology Department
Metropolitian Correctional Center
150 Park Row
New York, New York 10007



Honorable H. Bruce Guyton

Chief United States Magistrate Judge
United States District Court
Eastern District of Tennessee at Knoxville
800 Market Street, Suite 142
Knoxville, Tennessee 37902



SEP 25 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville